**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Dylan Sydoriak

                                    Plaintiff,

v.                                                   Case No.: 3:23−cv−01036

Gateway Services (USA), LLC

                                    Defendant,

## <u>**ENTRY OF JUDGMENT**</u>

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/3/2025 re [32].

Lynda M. Hill
<u>s/ Angie Brewer, Deputy Clerk</u>
